In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 24-12936

---

CATOOSA COUNTY REPUBLICAN PARTY,
JOANNA HILDREATH,

                                                Plaintiffs-Appellants,

versus

CATOOSA COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION, .
TOMMY DAVIS,
RON MCKELVY,
NINA CRAWFORD,

MARVIN CORNELISON,
Each in their individual and official Capacities as Members of the Catoosa County Board of Elections and Voter Registration, et al.,

                                  Defendants-Appellees.

---

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 4:24-cv-00095-WMR

---

ORDER:

The motion of Susan P. Opraseuth and Sarah E. Thompson for leave to file their amicus brief out-of-time is DENIED.

_____
UNITED STATES CIRCUIT JUDGE